IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MAURICE MARCELL CARTER,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION NO. 08-0380-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 07-0046-CG** |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 31, 2008 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 26th day of November, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**